**Anthony BRYANT, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7131.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2009.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Donald A. DAVIS, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3202.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2009.

ON MOTION

### ORDER

Upon consideration of Donald A. Davis' unopposed motion for reconsideration of the court's order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, the statement now having been filed,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated. Davis' brief (form enclosed) is due within 30 days of the date of filing of this order.